| | | |
|---|---|---|
| JOHN E. DRISCOLL, III, *et al.*, | * | IN THE |
| Substitute Trustees Plaintiffs, | * | CIRCUIT COURT |
| | * | FOR |
| v. | * | BALTIMORE CITY |
| RENEE LOUISE MCCRAY, | * | |
| Defendant | * | |
| | | Case No. 24-O-13-000528 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT AWARDING POSSESSION

Upon consideration of the Motion for Judgment of Possession Pursuant to Maryland Rule 14-102 (Paper No. 122), filed by Federal Home Loan Mortgage Corporation, for the real property known as 109 N. Edgewood Street, Baltimore, Maryland 21229, and Defendant's Opposition to Motion for Judgment of Possession Pursuant to Maryland Rule 14-102 and Request for Hearing (Paper No. 122/1), it is, this __26__ day of __April__, 2022, by the Circuit Court for Baltimore City

ORDERED that the motion be, and the same hereby is, GRANTED for the reasons stated therein; and it is further

ORDERED that Judgment Awarding Possession be, and the same hereby is, ENTERED in favor of Federal Home Loan Mortgage Corporation; and it is further

ORDERED that the Clerk is not authorized to issue a writ until proof of compliance with Maryland Rule 14-102(e) is filed with the Court.

Judge's Signature on Original Document <u>only</u>

TRUE COPY TEST

*Marilyn Bentley*

MARILYN BENTLEY, CLERK

| | | |
|---|---|---|
| JOHN E. DRISCOLL, III, *et al.*, | * | IN THE |
| Substitute Trustees Plaintiffs, | * | CIRCUIT COURT |
| | * | FOR |
| v. | * | BALTIMORE CITY |
| RENEE LOUISE MCCRAY, | * | |
| Defendant | * | |
| | * | Case No. 24-O-13-000528 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER FINDING THAT CASE MAY PROCEED PURSUANT TO EXEMPTION

The Court having considered Plaintiffs' Amended Declaration of Exemption from Moratorium (Paper No. 147), filed on March 21, 2022, and Defendant's Opposition to the Movants' 2nd Amended Declaration of Exemption from Moratorium and Request for Hearing (Paper No. 147/1), and the Court construes the Declaration as applying to all **federal or state stays, moratoriums, forbearances, and extant executive orders relating to the COVID-19 emergency.** If this action is not exempt from **all of the above,** then Plaintiffs have an obligation either to withdraw or to amend the Declaration.

Based on the Court's understanding that Plaintiffs are asserting exemption from **all federal and state stays, moratoriums, forbearances, and extant executive orders relating to the COVID-19 emergency,** it is, this ___26___ day of __April__, 2022, by the Circuit Court for Baltimore City,

**ORDERED** that the case may proceed.

Judge's Signature on Original Document only

TRUE COPY TEST

*Marilyn Bentley*

MARILYN BENTLEY, CLERK

| | | |
|---|---|---|
| JOHN E. DRISCOLL, III, *et al.*, | * | IN THE |
| Substitute Trustees Plaintiffs, | * | CIRCUIT COURT |
| | * | FOR |
| v. | * | BALTIMORE CITY |
| RENEE LOUISE MCCRAY, | * | |
| Defendant | * | |
| | * | Case No. 24-O-13-000528 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER DENYING MOTION FOR RECONSIDERATION

Upon consideration of Defendant's Ten-Day Motion for Reconsideration of the Order Dated 08/15/2019 Ratifying the Sale and Request for an Evidentiary Hearing (Paper No. 116), it is, this 26 day of April, 2022, by the Circuit Court for Baltimore City

ORDERED that the motion be, and the same hereby is, DENIED.

Judge's Signature on Original Document only

TRUE COPY TEST

*Marilyn Bentley*

MARILYN BENTLEY, CLERK