CIRCUIT COURT FOR BALTIMORE CITY

John E Driscoll III Vs Renee L McCray

Case Number: 24-O-13-000528/  / FC

### FINAL ORDER RATIFYING SALE

It is ORDERED by Circuit Court For Baltimore City that the sale made and reported by the Trustee be and the same is hereby finally ratified and confirmed, no cause to the contrary having been shown, although due notice appears to have been given, and the Trustee is allowed the usual commissions and such proper expenses as he shall produce vouchers to the Auditor.

Judge Robert K. Taylor, Jr.

Judges signature appears
on original document.

August 15, 2019
Date

Cooper

TRUE COPY
TEST

MARILYN BENTLEY, CLERK

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street - Room 462
Baltimore, MD 21202-
410-333-3745 TTY for Deaf: (410)-333-4389

August 15, 2019

Case Number: 24-O-13-000528 / FC /
John E Driscoll III Vs Renee L McCray

Laura D Harris Esq
5040 Corporate Woods Dr
Suite 120
Virginia Beach, VA 23462

FOLD HERE