UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| IN RE | |
| RENEE MCCRAY | Chapter 7<br>Case NO. 22-13191-NVA |
| Debtor(s) | |

### NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-001930-MD-B-1

Dear Clerk:

Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of Federal Home Loan Mortgage Corporation. Please add my name to the mailing matrix and send all notices to:

Mark D. Meyer, Esq.
4340 East West Highway, Suite 600
Bethesda, MD 20814

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of June, 2022, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

Zvi Guttman, Trustee
P.O. Box 32308
Baltimore, MD 21282

Renee McCray

109 N. Edgewood Street

Page 1

Baltimore, MD 21229


                                    /s/ Mark D. Meyer
                                   Mark D. Meyer, Esq. # 15070
                                   Rosenberg & Associates, LLC
                                   4340 East West Highway, Suite 600
                                   Bethesda, MD 20814
                                   301-907-8000