Entered: June 15th, 2022
Signed: June 15th, 2022
**SO ORDERED**
JUNE 29, 2022.



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **22–13191 – NVA**   Chapter: **7**

**Renee McCray**
Debtor

## ORDER THAT BANKRUPTCY PETITION PREPARER
## SHOW CAUSE WHY FEES SHOULD NOT BE REFUNDED

A review of the case reveals that the Bankruptcy Petition Preparer has not:

- ☒ Filed, completed, and/or signed Official Form 119 Bankruptcy Petition Preparer's Notice, Declaration, and Signature.

- ☒ Filed, completed, and/or signed Form 2800 Disclosure of Compensation of Bankruptcy Petition Preparer.

- ☐ Filed the supplemental fee declaration required by Md. L.B.R. 2016–2.

- ☐ Other:

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the bankruptcy petition preparer, Michael Hornes, show cause, if there be any, on or before the date designated above, in writing filed with the Clerk of the Bankruptcy Court, why the bankruptcy petition preparer should not be ordered pursuant to 11 U.S.C. §110 to refund all fees for failure to complete the required filings.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Bankruptcy Petition Preparer – Michael Hornes
      Case Trustee – Zvi Guttman
      U.S. Trustee

### End of Order

23x09 (rev. 06/13/2018) – KizzyFraser