UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

IN RE

RENEE MCCRAY

    Debtor(s)

Chapter 7
Case NO. 22-13191-NVA

FEDERAL HOME LOAN MORTGAGE
CORPORATION
5000 Plano Parkway
Carrollton, TX 75010

Motion No.

    Movant

v.

Renee McCray
109 N. Edgewood Street
Baltimore, MD 21229

and

Zvi Guttman
P.O. Box 32308
Baltimore, MD 21282

    Respondent(s)

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-001930-MD-B-1

## <u>LINE PROVIDING ADDITIONAL DOCUMENTS IN SUPPORT OF MOTION FOR RELIEF</u>

    Now comes the Federal Home Loan Mortgage Corporation and provides the following additional documents in support of its Motion for Relief from Stay:

1) 9/17/20 Unreported Opinion of the MD Ct of Special Appeals Affirming Ratification of the Foreclosure Sale

2) 1/29/21 Order Denying Petition for Writ of Certiorari

3) June 15, 2022 Orders Issued by the Circuit Court for Baltimore City

Page 1

Date: July 6, 2022

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

**CERTIFICATE OF SERVICE**

I hereby further certify that on the 6th day of July, 2022, a copy of the foregoing and attached were mailed, first class postage prepaid, or via electronic email, to the following:

Zvi Guttman, Trustee
P.O. Box 32308
Baltimore, MD 21282  (via ecf)

Renee McCray
109 N. Edgewood Street
Baltimore, MD 21229  (via mail)

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814