Case 22-13191   Doc 23-2   Filed 07/06/22   Page 1 of 1

E-FILED
Court of Appeals
Suzanne C. Johnson,
Clerk of Court
1/29/2021 11:31 AM

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | * | IN THE |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| | * | Petition Docket No. 367 |
| v. | | September Term, 2020 |
| | * | |
| | | (No. 1367, Sept. Term, 2019 |
| | * | Court of Special Appeals) |
| | | |
| | * | (No. 24-O-13-000528, Circuit |
| **JOHN E. DRISCOLL, III, et al.** | | Court for Baltimore City) |

**O R D E R**

Upon consideration of the petition for a writ of certiorari to the Court of Special Appeals and the answers filed thereto, in the above-captioned case, it is this 29th day of January, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the petition be, and it is hereby, DENIED as there has been no showing that review by certiorari is desirable and in the public interest.

/s/ Mary Ellen Barbera
Chief Judge