_____    ✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y/**N**
                                                       Exhibits Filed: Y/**N**

PROCEEDING MEMO - CHAPTER 7

Date: 07/21/2022 Time: 02:00

**CASE: 22-13191 Renee McCray**

**PRO SE Renee McCray (Debtor)**

representing Zvi Guttman (Trustee)

[10] Motion for Relief from Stay and Notice of Motion
Re: 109 N. Edgewood Street, Baltimore MD 21229.
Fee Amount $188. Notice Served on 6/15/2022,
Filed by Federal Home Loan Mortgage Corporation.
Objections due by 06/29/2022. with three additional
calendar days allowed if all parties are not served
electronically. Hearing scheduled for 07/21/2022
at 02:00 PM - Courtroom 2-A. (Attachments: #s5
ratification)

**MOVANT** : Federal Home Loan Mortgage Corporation BY M Meyer

[22] Debtor's Opposition to Motion for Relief from
Automatic Stay on behalf of Renee McCray Filed by
Renee McCray (related document(s) 1 Exhibits
A-F)

**MOVANT** : Renee McCray (no aty)

[23] Line Providing Additional Documents on behalf of
Federal Home Loan Mortgage Corporation Filed by
Mark David Meyer (related document(s) 6 6/15
Order)

**MOVANT** : Federal Home Loan Mortgage Corporation BY M Meyer

DISPOSITIONS: as stated on the record.

Granted ✓ ID   Denied____ Withdrawn____ Consent____ Default____ Under Adv.____
Moot_____   Dismissed_____ Overruled_____ Sustained_____ O.T.J. Fee_____

Continued to: _____

DECISION:

    [ ] Signed by Court              [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel         [ ] Court
        [ ] Respondent's counsel     [ ] Other _____

NOTES: