## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **22–13191 – NVA**   Chapter: **7**

**Renee McCray**
Debtor

# DEFICIENCY NOTICE

**DOCUMENT:** 27 – Notice of Appeal to District Court Filed by Renee McCray. Receipt Number, Fee NOT PAID (related document(s)25 Hearing Held (Bk)). Appellant Designation due by 8/11/2022. (Fraser, Kizzy)

**PROBLEM:** **The following items are deficient for the above pleading, and must be cured by 8/12/22. – The debtor failed to pay the filing fee.**

**CURE:** The filing fee of $298 for Notice of Appeal must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

| | |
|---|---|
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Garmatz Federal Courthouse | U.S. Courthouse |
| 101 W. Lombard Street, Suite 8530 | 6500 Cherrywood Lane, Suite 300 |
| Baltimore, MD 21201 | Greenbelt, MD 20770 |

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

**CONSEQUENCE:** Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 7/29/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kizzy Fraser
410–962–4277

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)