# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:

**Renee McCray**
Debtor

**Renee McCray**
Appellant

vs.

**Federal Home Loan Mortgage Corporation**

**Mark D. Meyer, Esq**
Appellee

Case No.: 22–13191 – NVA
Chapter: 7

Adversary No.:

## NOTICE OF FILING OF APPEAL
## TO THE UNITED STATES DISTRICT COURT

Pursuant to Federal Bankruptcy Rule 8003, you are hereby notified that a Notice of Appeal (a copy of which is attached) has been filed on July 28, 2022, in the above captioned case in which your appearance is entered as a party. Please consult the applicable Federal Bankruptcy Rules, Federal Rules of Appellate Procedure (where applicable) and Local Rules of this Court and of the U.S. District Court.

To assist the Clerk's office in perfecting the record on appeal, it is requested that parties follow one of the examples outlined below when preparing a Designation of Items to be included in the record on appeal. Also note that parties are responsible for providing to the Court copies of records designated, if appropriate. Parties are therefore encouraged to request and pay for copies, if appropriate, through the court so that such records may be submitted with the Designation.

| | | | |
|---|---|---|---|
| Example 1: | Debtor's Motion for Authority to use Cash Collateral and the accompanying memorandum filed January 3, 1995 ( Document #8) | | |
| Example 2: | FILE DATE | PAPER NO. | PLEADING |
| | 11/03/1994 | 1 | Petition and Schedules |

Dated: 7/29/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kizzy Fraser
410–962–4277

cc:   All parties in interest

45x04 (rev. 01/22/2015) – KizzyFraser

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | } | |
| **RENEE MCCRAY** | } | Case No.: 22-13191-NVA |
| Debtor/Petitioner | } | Chapter 7 |
| | } | |
| | } | |

## NOTICE OF APPEAL

Notice is hereby given that Renee L. McCray, Petitioner in the above captioned case, hereby appeals to the United States District Court for the District of Maryland the Order entered in this case on July 21, 2022, Granting Relief from Stay.

Respectfully submitted,

_7/28/2022_
Date

_Renee R. McCray_
Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, MD 21229
(410) 945-2424

Page 1 of 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Appeal has been sent to the following listed below by USPS First Class Mail on July 28, 2022.

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Zvi Guttman, Trustee
P.O. Box 32308
Baltimore, MD 21282-2308

Renee L. McCray