

Nancy V. Alquist
**U. S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| IN RE<br><br>RENEE MCCRAY<br><br>   Debtor(s) | Chapter 7<br>Case NO. 22-13191-NVA |
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>   Movant<br>v.<br><br>Renee McCray<br><br>and<br><br>Zvi Guttman, Trustee<br><br>   Respondent(s) | Motion No. |

### **ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, a hearing having been held, and for the reasons stated on the record at the hearing, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a), be and the

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-001930-MD-B-1

same is hereby, terminated to enable the Federal Home Loan Mortgage Corporation, its successors and/or assigns, to proceed in state court with its state law remedies to obtain possession of the real property known as 109 N. Edgewood Street, Baltimore, MD 21229; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

cc: Mark D. Meyer, Esq.  
    Rosenberg & Associates, LLC  
    4340 East West Highway, Suite 600  
    Bethesda, MD 20814

    Zvi Guttman, Trustee  
    P.O. Box 32308  
    Baltimore, MD 21282

    Renee McCray  
    109 N. Edgewood Street  
    Baltimore, MD 21229

**End of Order**