BALTIMORE-NIGHT BOX

2022 AUG -5  PM 6: 55

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | } | |
| | | |
| **RENEE MCCRAY** | } | Case No.: 22-13191-NVA |
|     **Debtor** | | |
| | } | Chapter 7 |
| | | |
| **Renee L. McCray** | } | |
|     **Appellant** | | |
| | } | |
| vs. | | |
| | } | |
| **FEDERAL HOME LOAN MORTG CORP** | | |
|     **Appellee** | } | |
| | | |
| | } | |

## APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

### STATEMENT OF ISSUES ON APPEAL

Appellant's appeal seeks to address the following issues:

I.    Did the Bankruptcy Court err and/or abuse its discretion granting relief once the Appellant provided unrefuted material and genuine fact evidence that Federal Home Loan Mortgage Corporation (FHLMC) was not a creditor in this bankruptcy proceeding.

II.    Did the Bankruptcy Court err and/or abuse its discretion by not requesting FLHMC to prove their standing as a creditor, once the Appellant presented unrefuted evidence that FHLMC is not a creditor in this bankruptcy proceeding.

III.    Did the Bankruptcy Court err and/or abuse its discretion by granting FHLMC the relief from stay, after FHLMC conceded to the evidence the Appellant presented, which allowed FHLMC and its attorney to bring fraud upon the court.

## DESIGNATION OF RECORD ON APPEAL

The enclosed documents shall constitute the Appellant's designation of record on appeal:

| FILE DATE | PAPER NO. | PLEADING |
|---|---|---|
| 06/15/2022 | 10 | Motion for Relief from Stay |
| 06/29/2022 | 22 | Opposition to Relief from Stay Motion (including Exhibits A-F) |
| 07/28/2022 | 26 | Transcript |
| 08/01/2022 | 34 | Order Granting Relief from Stay |
| 08/03/2022 | 37 | Motion for Relief from Judgment/Order (including Exhibits A and B) |

Respectfully Submitted,

*Renee L. McCray*
Renee L. McCray, Appellant
c/o 109 North Edgewood Street
Baltimore, MD  21229
(410) 945-2424

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Appellant's Statement of Issues and Designation of Record on Appeal (the Appellee have previously been mailed the Appellant's pleadings, and have access to the court's ECF system) was sent to the parties listed below by USPS First Class Mail on August 5, 2022.

Mark D. Meyer, Esq.
c/o Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD  20814

*Renee L. McCray*
Renee L. McCray