UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| IN RE<br><br>RENEE MCCRAY<br><br>    Debtor(s) | Chapter 7<br>Case NO. 22-13191-NVA |
| FEDERAL HOME LOAN MORTGAGE<br>CORPORATION<br>5000 Plano Parkway<br>Carrollton, TX 75010<br><br>    Movant<br>v.<br><br>Renee McCray<br>109 N. Edgewood Street<br>Baltimore, MD 21229<br><br>and<br><br>Zvi Guttman<br>P.O. Box 32308<br>Baltimore, MD 21282<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-001930-MD-B-1

## APELLEE'S DESIGNATION OF CONTENTS OF RECORD ON APPEAL

    Now comes the Federal Home Loan Mortgage Corporation and in addition to the items designated by the Appellant, designates the following additional items for inclusion in the record on appeal:

    Document 23 and attachments 1-6, Line Providing Additional Documents, filed 7/6/22

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby further certify that on the 24th day of August, 2022, a copy of the foregoing was mailed, first class postage prepaid, or via electronic email, to the following:

Zvi Guttman, Trustee
P.O. Box 32308
Baltimore, MD 21282 (ecf)

Renee McCray
109 N. Edgewood Street
Baltimore, MD 21229 (via mail)

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814