Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, Maryland 21229

September 8, 2022

U.S. Bankruptcy Court
District of Maryland
101 West Lombard Street
Suite 8530
Baltimore, MD  21201

Re:  Case Number: 22-13191

**TO THE CLERK OF THE COURT:**

Enclosed you will find a money order in the amount of $78.00, which is the final payment for the filing fee and a Certification for Financial Management Course. Also, enclosed is the Appellant's Amended Designation and Line Providing Additional Documents in Support of the Motion for Relief and Appeal Record.

If you have any questions regarding this correspondence, please contact me immediately at (410) 945-2424. Thanking you in advance for your assistance in this matter.

Renee L. McCray

Enclosures